# Third District Court of Appeal

## State of Florida

Opinion filed May 27, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2586
Lower Tribunal No. J25-845A

_____

**M.K.T., a child,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Orlando A. Prescott, Judge.

M.K.T., a child, in proper person.

James Uthmeier, Attorney General, and Daihana Chang Ferrey, Assistant Attorney General, for appellee.

Before SCALES, C.J., and FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed.